# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL CASE NO. 2:07cr23

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MICHAEL EDWARD LAMBERT. ) | |

**THIS MATTER** is before the Court on a letter received from the Bureau of Prisons, specifically, the case manager of the federal correctional facility at which the Defendant is incarcerated [Doc. 27].

According to the letter, on November 17, 2009, the Defendant received legal mail which was not labeled as such. As a result, it did not go to the Defendant in the normal manner for legal mail. Attached to the letter are portions of what appear to be a document which the Defendant sought to submit to the Clerk of Court. [Doc. 27, at 2-5]. Out of an abundance of caution, the Court will ask that the Clerk of Court mail of copy of Document 27 and this Order to the Defendant.

However, it is also possible that the Defendant did not receive the

Instruction and Clerk's Notice of Post-Judgment Proceedings and Right to Exemptions. [Doc. 24]. As a result, the Clerk will also be requested to serve that document as well.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall mail copies of Document 24, Document 27 and this Order to the Defendant. The mailing shall be specified as "Legal Mail."

Signed: December 7, 2009

Martin Reidinger
United States District Judge