IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW207CR000023-1 |
| | ) | (Financial Litigation Unit) |
| MICHAEL EDWARD LAMBERT | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EASTERN BAND CHEROKEE INDIANS, | ) | |
| Garnishee. | ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is **ORDERED** that the Order of Continuing Garnishment filed in this case against Defendant Michael Edward Lambert is **DISMISSED.**

Signed: June 28, 2017

Dennis L. Howell
United States Magistrate Judge